GREGG S. GARFINKEL, SBN 156632
STONE | ROSENBLATT | CHA, PLC
A Professional Law Corporation
21550 Oxnard Street, Main Plaza, Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269

Attorneys for Plaintiff
MAYFLOWER TRANSIT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC, a Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>DR. SATYENDRA GIRI, an individual; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 06 CV 04658 (TEH)<br><br>STIPULATION TO ALLOW DEFENDANT ADDITIONAL TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON |

TO THIS HONORABLE COURT:

COMES NOW PLAINTIFF MAYFLOWER TRANSIT, LLC ("MAYFLOWER") and DEFENDANT, DR. SATYENDRA GIRI ("GIRI"), and hereby agree and stipulate, through their counsel of record, as follow:

  1.  WHEREAS, MAYFLOWER and GIRI have disputes regarding the parties' respective obligations arising out of interstate carriage of GIRI's personal property;

  2.  WHEREAS, counsel for MAYFLOWER and GIRI have commenced settlement negotiations which could result in the resolution of this matter in the immediate future; and

1

STIPULATION TO EXTEND RESPONSE DATE FOR COMPLAINT

Dockets.Justia.com

3. WHEREAS, counsel for MAYFLOWER and GIRI are desirous of preserving vital personal and judicial resources, which would be spent if GIRI was required to respond on August 27, 2006 - as it is currently due.

IT IS HEREBY STIPULATED THAT:

1. GIRI have up to, and including, September 27, 2006 during which to file a responsive pleading to MAYFLOWER's Complaint for Declaratory Relief.

DATED: August 17, 2006

STONE, ROSENBLATT & CHA
A Professional Law Corporation

By _____
Gregg S. Garfinkel
Attorneys for Plaintiff
MAYFLOWER TRANSIT, LLC

DATED: August 17, 2006

BULKLEY, RICHARDSON and
GELINAS, LLP

By _____
George W. Marion, Esq.
Attorneys for Defendant
DR. SATYENDRA GIRI

1  Defendant, DR. SATYENDRA GIRI, has up to, and including, September 27,
2  2006 during which to file a responsive pleading to MAYFLOWER's Complaint for
3  Declaratory Relief.

5  IT IS SO ORDERED

7  Dated:  08/18/06



_____
Thelton E. Henderson of the
United States District Court for the
Northern District of The State of
California

3

STIPULATION TO EXTEND RESPONSE DATE FOR COMPLAINT