GREGG S. GARFINKEL, SBN 156632
CHERYL L. DE LEON, SBN 203207
**STONE | ROSENBLATT | CHA, PLC**
A Professional Law Corporation
21550 Oxnard Street, Main Plaza, Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269

Attorneys for Plaintiff
MAYFLOWER TRANSIT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC, a Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>DR. SATYENDRA GIRI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 06 CV 04658 (TEH)<br><br>STIPULATION TO ALLOW DEFENDANT ADDITIONAL TIME TO RESPOND TO COMPLAINT AND CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON |

TO THIS HONORABLE COURT:

COMES NOW PLAINTIFF MAYFLOWER TRANSIT, LLC ("MAYFLOWER") and DEFENDANT, DR. SATYENDRA GIRI ("GIRI"), and hereby agree and stipulate, through their counsel of record, as follow:

1. WHEREAS, MAYFLOWER and GIRI have disputes regarding the parties' respective obligations arising out of interstate carriage of GIRI's personal property;

2. WHEREAS, on August 17, 2006 counsel for MAYFLOWER and GIRI previously stipulated that GIRI have up to, and including, September 27,

///

1

STIPULATION TO ALLOW DEFENDANT ADDITIONAL TIME TO RESPOND TO COMPLAINT AND CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

2006 during which to file a responsive pleading to MAYFLOWER's Complaint for Declaratory Relief.

3. WHEREAS, counsel for MAYFLOWER and GIRI have engaged in continual and meaningful settlement negotiations which have narrowed several issues involved in this matter;

4. WHEREAS, counsel for MAYFLOWER and GIRI are hopeful that continued settlement negotiations and discussion will result in the complete resolution of this matter in the immediate future;

5. WHEREAS, counsel for MAYFLOWER and GIRI are desirous of preserving vital personal and judicial resources, which would be spent if GIRI was required to respond on September 27, 2006 - as it is currently due.

6. WHEREAS, this Honorable Court has scheduled the Initial Case Management Conference for October 30, 2006.

7. WHEREAS, the related deadlines for the Initial Case Management Conference will come due prior to the below stipulated date to respond to the Complaint.

IT IS HEREBY STIPULATED THAT:

1. GIRI have up to, and including, October 13, 2006 during which to file a responsive pleading to MAYFLOWER's Complaint for Declaratory Relief.

2. The Initial Case Management Conference be continued from December 4, 2006 or any date convenient to the Court.

///
///
///
///

2

STIPULATION TO ALLOW DEFENDANT ADDITIONAL TIME TO RESPOND TO COMPLAINT AND CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

3.  If the Initial Case Management Conference is continued, then all the other deadlines are continued accordingly.

DATED: September 26, 2006

STONE, ROSENBLATT & CHA
A Professional Law Corporation

By _____
Gregg S. Garfinkel
Attorneys for Plaintiff
MAYFLOWER TRANSIT, LLC

DATED: September 26, 2006

BULKLEY, RICHARDSON and
GELINAS, LLP

By _____
George W. Marion, Esq.
Attorneys for Defendant
DR. SATYENDRA GIRI

## [PROPOSED] ORDER

Defendant, DR. SATYENDRA GIRI, has up to, and including, October 13, 2006 during which to file a responsive pleading to MAYFLOWER's Complaint for Declaratory Relief.

The Initial Case Management Conference is continued from October 30, 2006 to December 4, 2006.

All Case Schedule- ADR Multi-Option Program deadlines are continued according to the new Case Management Conference date.

IT IS SO ORDERED

Dated:  09/27/06

_____
Judge Thell
United Stat
Northern D
California

IT IS SO ORDERED
Judge Thelton E. Henderson

STIPULATION TO ALLOW DEFENDANT ADDITIONAL TIME TO RESPOND TO COMPLAINT AND CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON