GREGG S. GARFINKEL, SBN 156632
CHERYL L. DE LEON, SBN 203207
STONE | ROSENBLATT | CHA, PLC
A Professional Law Corporation
21550 Oxnard Street, Main Plaza, Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269

Attorneys for Plaintiff
MAYFLOWER TRANSIT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC, a Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>DR. SATYENDRA GIRI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 06 CV 04658 (TEH)<br><br>STIPULATION FOR DISMISSAL OF ENTIRE COMPLAINT AND [~~PROPOSED~~] ORDER THEREON |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiff, MAYFLOWER TRANSIT, LLC, through its counsel of record, and Defendant, DR. SATYENDRA GIRI through his counsel of record, that the Plaintiff's Complaint, in its entirety be dismissed, without prejudice, pursuant to F.R.C.P. 41.

///
///
///
///

1

Finally, it is STIPULATED by Plaintiff, MAYFLOWER TRANSIT, LLC, through its counsel of record, and Defendant, DR. SATYENDRA GIRI, through his counsel of record, that all parties will bear their own costs and attorney's fees.

DATED: October 16, 2006

STONE, ROSENBLATT & CHA
A Professional Law Corporation

By _____
Gregg S. Garfinkel
Attorneys for Plaintiff
MAYFLOWER TRANSIT, LLC

DATED: October 12, 2006

BULKLEY, RICHARDSON and GELINAS, LLP

By _____
George W. Marion, Esq.
Attorneys for Defendant
DR. SATYENDRA GIRI

## ORDER OF DISMISSAL

Premised upon the Stipulation of the Parties in this lawsuit, it is hereby ordered that the Complaint of Plaintiff, MAYFLOWER TRANSIT, LLC, be dismissed in its entirety without prejudice, pursuant to F.R.C.P. 41. All parties will bear their own costs and attorney's fees.

Dated: October___, 2006

_____
Judge Thelton E. Henderson of the United States District Court for the Northern District of The State of California

IT IS SO ORDERED
Judge Thelton E. Henderson
10/20/06

STIPULATION FOR DISMISSAL OF ENTIRE COMPLAINT
AND [PROPOSED] ORDER THEREON